**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **DEMONA FREEMAN**, | ) | |
| | ) | Case No. 12-04713-JJG-13 |
| *Debtor*. | ) | |
| | ) | |

_____

| | | |
|---|---|---|
| **DEMONA FREEMAN**, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Adversary No.    21-50006 |
| | ) | |
| **PHH MORTGAGE f/k/a OCWEN LOAN** | ) | |
| **SERVICING, LLC.**, and **OCWEN FINANCIAL** | ) | |
| **CORPORATION**, | ) | |
| | ) | |
| *Defendant*. | ) | |

_____

## <u>APPEARANCE FOR PLAINTIFF</u>

Comes now Clark Quinn Moses Scott & Grahn, LLP, and hereby enter their Appearance for and on behalf of the Plaintiff in the above-entitled Proceeding.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
tcohron@clarkquinnlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing or by first class United States mail, postage prepaid, this 15th day of January 2021.

U.S. Trustee
Chapter 13 Trustee
PHH Mortgage successor by merger to Ocwen Loan Servicing, LLC
Ocwen Financial Corporation

*/s/ Travis W. Cohron*
Travis W. Cohron