# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **DEMONA FREEMAN**, | ) | |
| | ) | Case No. 12-04713-JJG-13 |
| Debtor. | ) | |
| | ) | |

_____

| | | |
|---|---|---|
| | ) | |
| **DEMONA FREEMAN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No.    21-50006 |
| | ) | |
| **PHH MORTGAGE f/k/a OCWEN LOAN SERVICING, LLC**, and **OCWEN FINANCIAL CORPORATION**, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE FOR PLAINTIFF

Comes now Nicholas H. Wooten, Nick Wooten, LLC, and hereby enters his Appearance for and on behalf of the Plaintiff in the above-entitled Proceeding.

Dated this 22nd day of January, 2021.

Respectfully submitted,

_/s/ Nicholas H. Wooten_____
Nicholas H. Wooten, No. ASB-1870-o77n
**NICK WOOTEN, LLC**
5125 Burnt Pine Drive
Conway, AR 72034
Telephone: 833-937-6389
nick@nickwooten.com

_Attorney for Plaintiff_

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing or by first class United States mail, postage prepaid, this 22nd day of January, 2021.

U.S. Trustee
Chapter 13 Trustee
PHH Mortgage successor by merger to Ocwen Loan Servicing, LLC
Ocwen Financial Corporation

*/s/ Nicholas H. Wooten*
Nicholas H. Wooten
