SO ORDERED: May 5, 2022.



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALLEN DAVID FREEMAN, ) | |
| DEMONA ANN FREEMAN, ) | Case No.  12-04713-JJG-13 |
| ) | |
| Debtors. ) | |
| _____) | |
| DEMONA A. FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No.  21-50006 |
| ) | |
| PHH MORTGAGE f/k/a OCWEN ) | |
| LOAN SERVICING, LLC, ) | |
| OCWEN FINANCIAL CORPORATION, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS MOTION TO AMEND SCHEDULING ORDER (CONTINUING FINAL TELEPHOINIC PRETRIAL CONFERENCE, TRIAL AND EXTENDING PRETRIAL DEADLINES)**

THIS MATTER comes before the Court on a *Motion To Amend Scheduling Order* filed by Defendants PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC and Ocwen Financial Corporation, by counsel on May 4, 2022 (the "Motion").  Defendants seek extensions of all pre-trial deadlines by

approximately sixty (60) days and, at the Court's convenience, to reset the trial currently set August 10-12, 2022, for a time in October, 2022.  The Court, having reviewed the Motion, finds that good cause exists and GRANTS said Motion as follows:

1.  Continues the Final Telephonic Pretrial Conference to **October 18, 2022, at 9:30 a.m.** (**Eastern time**).  Parties should dial into the AT&T Conference line at 877-848-7030 and enter Access code 8891756.

2.  Continues the Trial to **November 2-4, 2022 at 9:00 a.m**. (**Eastern time**), to be held in Room #311, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.  **Trial time allotted is three (3) days.**  Parties and counsel shall appear at least 15 minutes prior to the time of trial.

3.  The deadline by which the parties shall file any dispositive motions is extended to **July 15, 2022**.

4.  The deadline by which the parties shall exchange and **file** final exhibit and witness lists is extended to **August 12, 2022**.

5.  The deadline for parties to complete discovery is extended to **September 30, 2022**.  Parties are excused from the Initial Disclosure requirements of Rule 26 (a)(1) of the Federal Rules of Civil Procedure (made applicable to this adversary proceeding pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure) but may conduct other discovery as authorized by the Rules.

6. The deadline for parties to exchange all potential exhibits is extended to **October 14, 2022**.  Parties shall pre-mark all exhibits, plaintiff using numbers and defendant using letters. Originals shall be submitted to the Courtroom Deputy at the time the exhibit is offered into evidence, and sufficient copies shall be available for all parties, Judge, and Staff Attorney.

7. At the conclusion of the trial, the Court may instruct the parties to file post-trial briefs and to submit proposed Findings of Fact, Conclusions of Law, and Judgment Entry.

8. Motions for continuance must be filed as soon as cause for a continuance is discovered. The motion shall denominate whether it is the first, second, third, etc., motion for continuance. Every motion shall state whether opposing counsel objects to the continuance or shall state what reasonable efforts were made to contact opposing counsel to make such an inquiry.

9. Failure to abide by the above orders without just cause may result in motions being summarily ruled upon or evidence being excluded at trial.

###