**SO ORDERED: August 9, 2023.**



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DEMONA FREEMAN, ) | |
| ) | |
| Debtor. ) | Case No. 12-4713-JJG-13 |
| _____ ) | |
| DEMONA FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 21-50006 |
| ) | |
| PHH MORTGAGE f/k/a OWCEN ) | |
| LOAN SERVICING, LLC., and ) | |
| OCWEN FINANCIAL CORP., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

This matter comes before the Court on the *Motions for Summary Judgment* filed by Defendants PHH Mortgage f/k/a/ Ocwen Loan Servicing, LLC ("PHH"") and Ocwen Financial Corp. ("OFC") as to Plaintiff/Debtor Demona Freeman's ("Debtor") *Complaint* (the "Complaint"). Consistent with the Court's *Order Granting PHH Mortgage's Motion for Summary Judgment* and *Order Granting Ocwen Financial*

*Corp.'s Moton for Summary Judgment,* entered contemporaneously herewith, the Court enters judgment in favor of PHH and OFS on Count I of the Complaint.

###